Exhibit A to the Complaint

**Location:** Pottstown, PA  
**Total Works Infringed:** 72

**IP Address:** 96.245.38.149  
**ISP:** Verizon Fios

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | 42AD7782B831F79FB81A5A7C1198E6F706917095 | 01/08/2025 20:12:57 | Blacked Raw | 01/24/2022 | 02/14/2022 | PA0002335489 |
| 2 | B62B912FD6115BF708DD6657A1A265396262F098 | 01/08/2025 19:59:07 | Vixen | 01/26/2024 | 02/13/2024 | PA0002454776 |
| 3 | 76A08718A08340ED674E47FE5D65D66E527D6AE8 | 12/24/2024 14:30:02 | Blacked | 03/16/2018 | 04/12/2018 | PA0002091582 |
| 4 | BAADF217A7AA832D1E183F5B873C424426055FC3 | 11/29/2024 15:38:39 | Vixen | 11/22/2024 | 12/13/2024 | PA0002506262 |
| 5 | 4DED850C079DD9238541B4714477E99653C40402 | 11/29/2024 15:32:22 | Blacked | 10/22/2018 | 11/25/2018 | PA0002136653 |
| 6 | 29926d35c60c3966e178f26ed84e25fdd717fc3b | 11/22/2024 16:45:45 | Vixen | 11/15/2024 | 12/13/2024 | PA0002506276 |
| 7 | 97F89BE55BD240D9FCD7F355C57AD0D85E1E3C5D | 11/08/2024 14:52:21 | Blacked Raw | 08/12/2024 | 09/17/2024 | PA0002490352 |
| 8 | 0C8CDB6F474489EDFA498685AA06B76E643EEABD | 11/08/2024 14:49:11 | Blacked Raw | 11/04/2024 | 11/18/2024 | PA0002501000 |
| 9 | 7BCF5DD8FF98DB562425AC9215643C8F46F10E10 | 11/08/2024 14:39:07 | Blacked | 10/30/2024 | 11/18/2024 | PA0002501014 |
| 10 | e14cf8bf78c0e2735198916459bd6b87f1b32be5 | 10/17/2024 05:37:13 | Blacked | 12/30/2023 | 01/16/2024 | PA0002449507 |
| 11 | 7068abfa451587e08562ebde78789c1017ad30cb | 10/09/2024 11:33:43 | Blacked Raw | 02/12/2024 | 03/12/2024 | PA0002459230 |
| 12 | d6e75439b66d4b37cf95ef54d42fd876dab7bf4f | 10/07/2024 17:44:43 | Tushy | 12/17/2023 | 01/16/2024 | PA0002449494 |
| 13 | ac9d255b19f23c7ec3ff0037a4612b41f593db8b | 10/01/2024 18:29:02 | Vixen | 09/16/2022 | 10/05/2022 | PA0002373762 |
| 14 | bfae234339bbe35d844a4ee4133c90406df7b3e8 | 09/07/2024 02:37:52 | Vixen | 09/30/2022 | 10/31/2022 | PA0002377819 |
| 15 | c57307afa24df42fe9d23b22f5b4c95895058cb9 | 09/04/2024 17:05:08 | Tushy | 06/30/2024 | 07/15/2024 | PA0002480674 |
| 16 | 5d69bc93d3a194ea942cac720eb78042798a46ff | 09/04/2024 04:44:31 | Blacked | 05/13/2024 | 06/18/2024 | PA0002476744 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 17 | 13847d961a3acf46329478109f8f8f9571d3a447 | 09/03/2024 13:34:41 | TushyRaw | 03/19/2024 | 04/12/2024 | PA0002465215 |
| 18 | 18FCCA0A9C60A1D3722EC5D60D360F0B0465ACDB | 08/30/2024 14:53:49 | Milfy | 08/28/2024 | 09/17/2024 | PA0002490357 |
| 19 | 3dcf75ee63abcfe78927d17a5f416c08a0b731cb | 08/26/2024 20:00:18 | Vixen | 10/21/2022 | 11/01/2022 | PA0002378075 |
| 20 | 005bf880df5aa16c3a26f63e1e0d9ec20c016199 | 08/13/2024 23:22:45 | Tushy | 02/04/2024 | 02/13/2024 | PA0002454781 |
| 21 | 61096893a456453e8cc3615e1742e74628fa9dc3 | 08/09/2024 08:13:22 | Milfy | 05/22/2024 | 06/20/2024 | PA0002477021 |
| 22 | 977C10DFC6D332F6D060954EC73F2D222C066A13 | 07/23/2024 19:50:47 | Milfy | 06/14/2023 | 08/22/2023 | PA0002431060 |
| 23 | 65abaa901331ebd2e023ee9ca05a7406d5633d4b | 07/21/2024 13:51:53 | Tushy | 07/09/2023 | 07/13/2023 | PA0002420353 |
| 24 | fb68849d9b46af0034a5362d6382c62eb53ac322 | 07/21/2024 07:22:27 | TushyRaw | 11/15/2023 | 12/13/2023 | PA0002445430 |
| 25 | d7ec564c234efc1deacb0c3489b57a7ee58d7d69 | 07/16/2024 19:29:41 | Tushy | 01/07/2024 | 01/16/2024 | PA0002449442 |
| 26 | 703534efd18a0b44ae7344641af2c4cf18d74cfb | 07/15/2024 11:15:51 | Slayed | 04/18/2023 | 06/09/2023 | PA0002415740 |
| 27 | 10b2c63bb7b8c0a1af3066b920605352be017e54 | 07/12/2024 05:25:35 | Blacked Raw | 06/17/2024 | 07/15/2024 | PA0002480596 |
| 28 | de72a8e131808022e0e9b2a05a9be52cec6dd3fe | 07/11/2024 18:40:47 | Blacked | 06/17/2024 | 07/15/2024 | PA0002480615 |
| 29 | c013b727bff6ade5c1fdb5348163a2944cccc466 | 07/07/2024 22:05:51 | Vixen | 03/03/2023 | 04/10/2023 | PA0002405936 |
| 30 | 0144e36ebc942a96637933cec171d252d68321e7 | 07/04/2024 23:05:00 | Vixen | 09/01/2023 | 09/18/2023 | PA0002431078 |
| 31 | 33a98ed004edf2dd0ea5be4cbabc6dd9dfc5b8cb | 07/01/2024 19:08:12 | Tushy | 01/29/2023 | 03/07/2023 | PA0002400310 |
| 32 | c040f1b83cd0dcd9048171de0a38a34f9e1bce5c | 07/01/2024 00:05:07 | Blacked | 01/27/2024 | 02/27/2024 | PA0002457000 |
| 33 | ee13d5bf9ec7c542cd8a3d0f28c4f2bd40a9d62b | 06/27/2024 22:42:21 | Blacked Raw | 10/06/2022 | 11/01/2022 | PA0002378072 |
| 34 | dba02866e5bd0d4d5fcffb15feb41dbec49237ee | 06/07/2024 06:14:16 | Vixen | 05/05/2023 | 05/15/2023 | PA0002411290 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 35 | d69c05485f7a1bf9c1263183fc7214d532b01045 | 06/06/2024 07:56:22 | Tushy | 08/27/2023 | 09/18/2023 | PA0002430911 |
| 36 | e899e792490f430b6f3241c01512e56fe9027b79 | 06/05/2024 03:20:30 | Tushy | 06/04/2023 | 06/09/2023 | PA0002415359 |
| 37 | 95565f562eae72b293b9cd52a278202a388cc851 | 06/01/2024 19:09:29 | TushyRaw | 04/09/2024 | 05/08/2024 | PA0002470010 |
| 38 | 7662104b263c301664c14d8e5b406ad05cf54286 | 05/30/2024 09:42:40 | Blacked Raw | 12/15/2022 | 02/21/2023 | PA0002400999 |
| 39 | 950f6d818e00fcdbc75ee5ffd3c56010037337f1 | 05/28/2024 01:48:46 | Blacked | 05/18/2024 | 06/18/2024 | PA0002476745 |
| 40 | 09afe374f48e58ece25293f3b5711a5dbcdb5aa5 | 05/26/2024 05:23:48 | Slayed | 03/28/2023 | 06/09/2023 | PA0002415741 |
| 41 | 0d2efbfd7bf2f6b226a015e36bd414da186b8d34 | 05/22/2024 21:05:46 | Blacked | 02/04/2023 | 03/07/2023 | PA0002400314 |
| 42 | aeaf023fac1652ec54fff10b490e9ed6a4c1ef20 | 05/20/2024 21:36:08 | Blacked | 04/08/2023 | 05/15/2023 | PA0002411276 |
| 43 | 032b62afd43540295835e6c18757042f28bef6b2 | 05/14/2024 13:56:33 | Blacked | 08/27/2022 | 10/05/2022 | PA0002373768 |
| 44 | adba687124354af325ea4bf0f20a83e6cab9ed30 | 05/14/2024 01:51:36 | Tushy | 09/24/2023 | 10/18/2023 | PA0002435287 |
| 45 | d3e08bcfa3404120a4c65d38df5e6d7cd825c944 | 04/05/2024 23:22:53 | Blacked Raw | 08/08/2022 | 08/30/2022 | PA0002367749 |
| 46 | b5fb0ae54fff576bd02de2242e08ef43aac376d3 | 03/31/2024 14:54:50 | Tushy | 06/11/2023 | 07/13/2023 | PA0002420360 |
| 47 | 45788147FC9D85BE7FAF3AD4DB90FC08787B2BFB | 03/30/2024 20:16:57 | Blacked | 03/29/2024 | 04/10/2024 | PA0002464918 |
| 48 | df878af42de3bcf290e6cc129f9bc99ba794cd54 | 03/25/2024 17:57:52 | Vixen | 01/06/2023 | 01/27/2023 | PA0002393080 |
| 49 | 8431c8ab450250f56fb7a6a0e8e7c6b5874f94e7 | 03/24/2024 15:31:08 | Blacked Raw | 12/18/2023 | 01/16/2024 | PA0002449502 |
| 50 | 280f5c0dd8ab49fc624ffed0469c113e38135ad6 | 03/21/2024 16:02:42 | Slayed | 07/19/2022 | 08/10/2022 | PA0002370906 |
| 51 | 5aef7111251db79273b9995fff600128bc49bee0 | 03/15/2024 21:12:50 | Tushy | 10/01/2023 | 10/18/2023 | PA0002435349 |
| 52 | bfefc15edbe310a595df4eaa20e6325aae6c5250 | 03/13/2024 21:18:28 | Blacked Raw | 09/21/2022 | 10/05/2022 | PA0002373950 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 53 | ea0a7a563821e15ad7e47da6c601c77b00ffd762 | 03/13/2024 08:24:14 | Blacked | 09/23/2023 | 10/17/2023 | PA0002435265 |
| 54 | a50da64f593c414e6332a2b987c875dffd297bd9 | 03/12/2024 08:07:53 | Blacked Raw | 10/11/2022 | 10/31/2022 | PA0002377831 |
| 55 | 8100e9aa75632610c85fd77e67e352a7b9b36b7c | 03/11/2024 22:51:32 | Vixen | 01/27/2023 | 04/13/2023 | PA0002406898 |
| 56 | f7f37d16c97770d5b747525418e1d212ac8d194b | 03/10/2024 11:15:15 | Blacked Raw | 07/04/2022 | 07/22/2022 | PA0002359466 |
| 57 | aa0429ebbe9e440ceacdbd0f1472dac483e85145 | 03/09/2024 21:03:21 | Vixen | 03/10/2023 | 04/09/2023 | PA0002405759 |
| 58 | cc949852b29f79c53352cfdc867de20ab8e8733c | 03/08/2024 23:53:59 | Blacked | 03/18/2023 | 04/07/2023 | PA0002405751 |
| 59 | fefb17cd157d5637c50ae1709d3d182d40a90263 | 03/06/2024 07:17:39 | Blacked | 12/31/2022 | 01/10/2023 | PA0002389580 |
| 60 | 829337D4AE18CA97D65DEE40349ECE081C59B5CC | 03/03/2024 17:24:25 | Blacked Raw | 11/20/2022 | 12/11/2022 | PA0002384733 |
| 61 | 16E5367F5F0100A15BA0F96DEB7F128CC12F5C2C | 03/03/2024 17:23:36 | Blacked | 12/17/2022 | 01/10/2023 | PA0002389619 |
| 62 | AF5213AEC75A817CA10089FCB8B0D42D8397AD45 | 03/03/2024 17:17:10 | Milfy | 11/01/2023 | 12/07/2023 | PA0002446649 |
| 63 | 5828a53ee97f2a1b2e98473536117a236edcf5e8 | 02/20/2024 08:58:19 | Slayed | 11/29/2022 | 01/05/2023 | PA0002394013 |
| 64 | AD6CBD95E5A0F3A6959967A7D486B5F710706B43 | 02/07/2024 19:22:40 | Blacked Raw | 01/22/2024 | 02/14/2024 | PA0002455065 |
| 65 | 4568A3B0B7D8CED53A1D026A605BF1F3F0E9D968 | 02/07/2024 19:20:16 | Blacked Raw | 02/05/2024 | 02/14/2024 | PA0002455064 |
| 66 | 77747472C270393EF27B0CABB44B2A9DC0009C6F | 02/02/2024 19:47:06 | Blacked Raw | 11/09/2020 | 12/09/2020 | PA0002274940 |
| 67 | 4F9308D2E582A0DF065668F3552DE11C54A4525D | 02/02/2024 19:44:12 | Blacked Raw | 01/01/2024 | 01/16/2024 | PA0002449432 |
| 68 | B4A9B47FD2D67B1A29C20B968466BE86DD29753C | 02/02/2024 19:42:25 | Blacked Raw | 01/08/2024 | 02/14/2024 | PA0002455060 |
| 69 | 2A6BA409A701737EA886D80FC860748E6AD93B21 | 02/02/2024 19:41:14 | Blacked Raw | 01/15/2024 | 02/14/2024 | PA0002455063 |
| 70 | AE5348450BCB0D1DA1B29853CDE7693A21E91DFD | 02/02/2024 19:35:55 | Blacked Raw | 01/29/2024 | 02/14/2024 | PA0002455038 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 71 | A6CCDC620959EA4CB9F2DC3D9D5F1F3C1A1BC261 | 01/26/2024 18:22:20 | Blacked | 08/12/2023 | 10/18/2023 | PA0002435264 |
| 72 | b74f0539e457e809c451aa8774996b82bf0a0564 | 01/16/2024 17:12:19 | TushyRaw | 08/23/2023 | 09/18/2023 | PA0002431079 |